UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SONJA ROBERTS,<br><br>           Plaintiff,<br><br>vs.<br><br>ATLANTA METROPOLOTAN STATE COLLEGE, LAURETTA HANNON, UNIVERSITY SYSTEM OF GEORGIA, ,<br><br>           Defendants'. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-0541-SDG |

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted the motion as to plaintiff's federal claims and denied as to the State law claims, it is

**Ordered and Adjudged** that plaintiff's State Law claims are dismissed without prejudice for lack of subject matter jurisdiction.

Dated at Atlanta, Georgia, this 1st day of September, 2021.

                                                          KEVIN P. WEIMER
                                                          CLERK OF COURT

                                       By:   s/Jennifer K. Brown
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 1, 2021
Kevin P. Weimer
Clerk of Court

By:   s/Jennifer K. Brown
         Deputy Clerk